

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1.212.374.5401
F: +1.212.208.2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

June 15, 2017

**VIA FEDEX**
Hon. Alan S. Trust
United States District Judge
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:    *In re Maura E. Lynch.,*
            Case No.: 15-74795(AST)

Dear Judge Trust:

    I write regarding the purported Declaration of John G. Balestriere that was filed in the above-referenced action on June 13, 2017 (the "Declaration," Dkt. No. 435-1). This document was forged and was fraudulently filed.

    I first became aware of the Declaration this afternoon by emailed courtesy copy from Samara L. Geller of the firm White & Wolnerman, PLLC. I have never previously seen, read, or signed this document, nor have I authorized anyone to sign it on my behalf.

    My firm and I are currently investigating the origin of the Declaration, and will further inform the Court once we learn its origin.

                                                                Respectfully,

                                                               John G. Balestriere

cc:    Counsel of Record (via email)